March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

                    , Defendant(s).

----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/<u>VIDEOCONFERENCE</u>**

\_\_\_\_\_-CR-_____(\_\_\_) (\_\_\_)

20MAG12232

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_    Initial Appearance/Appointment of Counsel

\_\_\_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_    Preliminary Hearing on Felony Complaint

\_\_\_    Bail/Revocation/Detention Hearing

\_\_\_    Status and/or Scheduling Conference

\_\_\_    Misdemeanor Plea/Trial/Sentence

| | |
|---|---|
| s/Yordanny Mendoza, by KNF, USMJ | s/Robert M. Baum, by KNF, USMJ |
| Defendant's Signature (Judge may obtain verbal consent on Record and Sign for Defendant) | Defense Counsel's Signature |
| _____ | _____ |
| Print Defendant's Name | Print Defense Counsel's Name |

This proceeding was conducted by reliable videoconferencing technology.

11/16/20
_____
Date

*Kevin Nathaniel Fox*
U.S. District Judge/U.S. Magistrate Judge